# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSE MANUEL ALBA URENA** | : | **CIVIL ACTION NO. 21-cv-00711** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **FEDERAL BUREAU OF PRISONS, ET AL** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objection having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**MONROE, LOUISIANA,** this 21st day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE